UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SCOTT JOHNSON,

   Plaintiff,

 v.

L.H. AMAYA, et al.,

   Defendants.

Case No. 18-cv-05522-VKD

**ORDER TO SHOW CAUSE RE DISMISSAL**

Plaintiff Scott Johnson filed the present action on September 9, 2018. Dkt. No. 1. Pursuant to General Order No. 56, the parties' last day to conduct a joint site inspection was December 24, 2018, and Mr. Johnson's last day to file a notice of need for mediation was February 4, 2019. Dkt. No. 5. Mr. Johnson did not file a notice of need for mediation.

The Court possesses the inherent power to dismiss an action *sua sponte* "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Mr. Johnson is directed to file a written response to this order by March 1, 2019 and to appear before the Court on March 5, 2019 at 10:00 a.m. in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 22, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge